# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Joseph Phillips | § § | |
| vs. | § § | NO: AU:20-CV-01104-RP |
| Weatherford US, LP | § § | |

**ORDER**

  The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear for a final pretrial conference on Thursday, September 02, 2021 at 09:30 AM by video conference. The Courtroom Deputy will send out the zoom invitation prior to the hearing.

  The parties should consult Local Rules CV-16(f)–(g) regarding matters to be filed in advance of the final pretrial conference. Each party is expected to file the materials required by Local Rule CV-16(e) as one electronic document, styled as a "Notice to the Court," with each of the 10 submissions identified in the Local Rules (as applicable) attached as an exhibit to that electronic document. If a party deems it necessary to file any of those submissions under seal, it may file one separate electronic document, styled as a "Motion for Leave to File Under Seal," and attach those submissions as exhibits. Any such motion should explain in detail why sealing the attached exhibits is necessary. Similar expectations govern the submissions required by Local Rule CV-16(f).

  **SIGNED** on 25th day of August, 2021.

                    _____
                     ROBERT PITMAN
                     UNITED STATES DISTRICT JUDGE