# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Joseph Phillips | § | |
| | § | CIVIL NO: |
| vs. | § | AU:20-CV-01104-RP |
| | § | |
| Weatherford US, LP | § | |

## ORDER RESETTING FINAL PRETRIAL CONFERENCE BY VIDEO

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **FINAL PRETRIAL CONFERENCE BY VIDEO** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, September 09, 2021 at 02:00 PM**.

IT IS SO ORDERED this 30th day of August, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE