# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| JOSEPH PHILLIPS,<br>    Plaintiff,<br><br>v.<br><br>WEATHERFORD US LP,<br>    Defendant. | Civil Action No. AU:20-CV-01104-RP<br><br>Jury Demanded |

## DEFENDANT'S EXPERT WITNESS DESIGNATIONS

In accordance with the Agreed Scheduling Order issued in the above-captioned matter [Doc. 13], Defendant Weatherford US LP ("Weatherford") makes the following expert designations:

### I.  NON-RETAINED EXPERTS

Samuel Zurik III
The Kullman Firm
A Professional Law Corporation
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
Telephone (504) 524-4162
Facsimile: (504) 596-4114

Mr. Zurik may testify regarding the attorneys' fees and costs incurred in this case and, if necessary, applicable law governing the recovery of attorneys' fees in this matter. Mr. Zurik may testify regarding the reasonableness and necessity of the time spent on this case, and the fees

1

charged for the attorneys' services in prosecuting this case and the reasonableness of the rate for the various members of the firm in the relevant legal community.

## II.     CROSS-DESIGNATION OF WITNESSES

Weatherford hereby cross-designates and states that it may call any expert witness identified or designated by any adverse party or any employee or representative of an adverse party, subject to any objections Weatherford may make concerning the designation of those experts.

## III.    CROSS-EXAMINATION

Weatherford reserves the right to elicit, by way of cross-examination, opinion testimony from experts designated and called by other parties to the suit. Weatherford may also call, as a witness associated with other parties, any expert witness of any party who may be added to his lawsuit.

## IV.    RIGHT TO WITHDRAW DESIGNATION OF ANY EXPERT

Weatherford reserves the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at hearing and to re-designate same as a consulting expert, who cannot be called by opposing counsel.

## V.     RIGHT TO ELICIT ANY EXPERT OPINION OR LAY OPINION TESTIMONY

Weatherford reserves the right to elicit any expert opinion or lay opinion testimony at the time of hearing which would be truthful, which would be of benefit to the Court to determine material issues of fact, which would not be violative of the Federal Rules of Civil Procedure.

## VI. RESERVATION OF ADDITIONAL RIGHTS

Weatherford reserves any additional rights it may have with regard to experts pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Civil Evidence, and any jurisprudence interpreting those rules.

## VII. RESERVATION OF RIGHT TO SUPPLEMENT DESIGNATION

Weatherford reserves the right to supplement or amend this designation, as discovery is ongoing and additional information may come to light during the course of discovery which may require Weatherford to alter its designation.  Weatherford reserves the right to amend or supplement this designation in accordance with the time limits established by the Court or any extension of those time limits by the Court's order, or agreement of the parties, or pursuant to the Federal Rules of Civil Procedure.

## VIII. REBUTTAL

Weatherford reserves the right to elicit expert testimony from undesignated rebuttal experts, the need for whose testimony cannot be reasonably foreseen until Plaintiff has presented his case.

Respectfully submitted, this 1st day of November, 2021.

Respectfully submitted,

 /s/ Rachel E. Linzy
Rachel E. Linzy (#24071242)
THE KULLMAN FIRM
1100 Poydras Street, 1600 Energy Centre
New Orleans, Louisiana 70163
Telephone: (504) 524-4106
Facsimile: (504) 596-4114
rel@kullmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2021, I caused to be served a true and complete copy of the foregoing via the Court's CM/ECF electronic filing system which will automatically send an electronic copy to all counsel of record.

                                                                            /s/ Rachel E. Linzy